IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 15-768-TUC-JAS (EJM) |
| Plaintiff, | **ORDER** |
| vs. | |
| David Cano, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Markovich. In the Report and Recommendation, Magistrate Judge Makovich recommends denying Defendant's motions to suppress. As the Court finds that the Report and Recommendation appropriately resolved the motions, the objections are denied.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Markovich's Report and Recommendation (Doc. 59) is accepted and adopted.

(2) Defendant's motions to suppress (Docs. 24, 25) are denied.

DATED this 18th day of May, 2016.

James A. Soto
United States District Judge

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).